ALICE CAMPOS MERCADO, ESQ.
Nevada Bar No. 4555
SARAH M. MOLLECK, ESQ.
Nevada Bar No. 13830
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
(775) 786-6868; (775)786-9716 (fax)
acm@lge.net; smm@lge.net

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA MAGALLON, an individual, | CASE NO: 3:19-CV-00704-MMD-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| MOUNT GRANT GENERAL HOSPITAL, a political subdivision of the State of Nevada; AILENE SANCHEZ, an individual; HUGH QUALLS, an individual; JUANCHICHOS VENTURA, an individual; and DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiff MELISSA MAGALLON, by and through her attorneys, ARGENTUM LAW, and defendants MOUNT GRANT GENERAL HOSPITAL, HUGH QUALLS, AILENE SANCHEZ, and JUANCHICHOS VENTURA, M.D., by and through their counsel, LEMONS, GRUNDY & EISENBERG, that the above-entitled action may be dismissed in its entirety with prejudice, the parties to bear their respective costs and attorneys' fees.

Dated this 27th day of July, 2020

ARGENTUM LAW
6121 Lakeside Drive, Suite 208
Reno, Nevada 89511

By: /s/ Kenneth K. Ching
KENNETH K. CHING, BAR NO. 10542

///

Dated this 30th day of July, 2020

LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519

By: /s/ Alice Campos Mercado
ALICE CAMPOS MERCADO, BAR NO. 4555

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE

Magallon v. MGGH; 3:19-cv-00704-MMD-CLB
S&O for Dismissal w/Prejudice

2